United States District Court
Middle District of Florida
Jacksonville Division

**ROSA THEN SANTOS &
LORENZO RAFAEL SANTOS ABREU,**

    *Plaintiffs,*

v.                                       **NO. 3:25-cv-28-HES-PDB**

**NATIONWIDE MUTUAL INSURANCE COMPANY,**

    *Defendant.*
_____

# Order

The defendant moves under Rule 12(f), Federal Rules of Civil Procedure, to strike from the complaint, Doc. 3, the plaintiffs' demand for attorney's fees and costs under Florida Statutes §§ 768.79, 627.428, 626.9373, and 627.70151 and a related allegation. Doc. 15. The plaintiffs have no opposition to the request. Doc. 18.

"[T]he plaintiff is the master of the complaint[.]" *Hill v. BellSouth Telecomms., Inc.*, 364 F.3d 1308, 1314 (11th Cir. 2004). Considering the absence of opposition by the plaintiffs, the motion, Doc. 15, is **granted**. The Court **strikes** the demand for attorney's fees and costs under the identified Florida statutes in the "WHEREFORE" clause on page 3 of the complaint and the related allegation in paragraph 17 of the complaint.

**Ordered** in Jacksonville, Florida, on March 19, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*